FILED: **10/31/07**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID J. MALAND, CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | CASE NO. 4:03CR70 |
| ROBERTO MARTINEZ-DURAN | § § § | |

## ORDER DISMISSING INDICTMENT

The United States having filed its Motion to Dismiss the Indictment herein pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Indictment returned on April 10, 2003, against defendant ROBERTO MARTINEZ-DURAN is dismissed.

**SIGNED this the 30th day of October, 2007.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE